1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF WASHINGTON AT SEATTLE
9

10 | PATRICIA S. HAWTHORNE, individually and   No. 2:16-cv-1948
    as assignee of Oklahoma Court Services, Inc.
                                                DEFENDANT OKLAHOMA SURETY
11              Plaintiff,                      COMPANY'S CORPORATE
                                                DISCLOSURE STATEMENT
12         vs.

13  MID-CONTINENT CASUALTY COMPANY,
    OKLAHOMA SURETY COMPANY, an
14  Oklahoma Insurance Company,

15              Defendant.

16
        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant OKLAHOMA
17
    SURETY COMPANY erroneously named as "MID-CONTINENT CASUALTY COMPANY,
18
    OKLAHOMA SURETY COMPANY, an Oklahoma Insurance Company," makes the
19
    following corporate disclosure:
20
        Oklahoma Surety Company is a wholly owned subsidiary of Mid-Continent Casualty
21
    Company. Both are Ohio corporations with their principal place of business in Tulsa,
22
    Oklahoma. Mid-Continent Casualty Company is wholly owned by Great American Holding,
23

DEFENDANT OKLAHOMA SURETY COMPANY'S CORPORATE
DISCLOSURE STATEMENT – PAGE 1
CAUSE NO. 2:16-CV-1948

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1  Inc., an Ohio corporation. Great American Holding, Inc. is a wholly owned subsidiary of
2  American Financial Group, Inc. American Financial Group, Inc. is an Ohio Corporation traded
3  publically on the NY Stock Exchange.

    DATED this 21st day of December, 2016.

                                    FORSBERG & UMLAUF, P.S.


                                    By *A. Grant Lingg*
                                        A. Grant Lingg, WSBA No. 24227
                                        Charles E. Albertson, WSBA No. 12568
                                        Stephanie Andersen, WSBA No. 22250
                                        FORSBERG & UMLAUF, P.S.
                                        901 Fifth Avenue, Suite 1400
                                        Seattle, WA  98164
                                        Tel: 206-689-8500
                                        Fax: 206-689-8501
                                        E-mail: GLingg@FoUm.law
                                        E-mail: CAlbertson@FoUm.com
                                        E-mail: SAndersen@FoUm.com
                                        Attorneys for Defendants

DEFENDANT OKLAHOMA SURETY COMPANY'S CORPORATE
DISCLOSURE STATEMENT – PAGE 2
CAUSE NO. 2:16-CV-1948

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-1039
(206) 689-8500 • (206) 689-8501 FAX

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing DEFENDANT OKLAHOMA SURETY COMPANY'S CORPORATE DISCLOSURE STATEMENT on the following individuals in the manner indicated:

Mr. John R. Connelly, Jr.
Connelly Law Offices
2301 North 30th St.
Tacoma, WA  98403
Facsimile:  253-593-0380
( X ) Via ECF

**SIGNED** this 21st day of December, 2016, at Seattle, Washington.

*Diana L. Brechtel*
Diana L. Brechtel

DEFENDANT OKLAHOMA SURETY COMPANY'S CORPORATE
DISCLOSURE STATEMENT – PAGE 3
CAUSE NO. 2:16-CV-1948

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-1039
(206) 689-8500 • (206) 689-8501 FAX