UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICIA S. HAWTHORNE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MID-CONTINENT CASUALTY COMPANY,<br>OKLAHOMA SURETY COMPANY,<br><br>　　　　　Defendant. | Case No. C16-1948RSL<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On July 25, 2017, plaintiff filed a Motion to Quash Subpoena to Oklahoma Court Services, Inc. which, taken as a whole, exceeds 50 pages in length. (Dkt. # 74). As of this date, a courtesy copy of this document has not been provided for chambers.

Plaintiff is hereby ORDERED to show cause, within five days of the date of this Order, why she should not be sanctioned for failure to comply with Local Rule 10(e)(9). Plaintiff shall immediately deliver a paper copy of the motion and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

DATED this 3rd day of August, 2017.

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　United States District Judge

ORDER TO SHOW CAUSE